Fidelity National Title Company

Recording Requested By:

Return To:
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747

Prepared By:
Maria Moon-Micklos
111 Pacifica
Suite 305
Irvine, CA
92618

266831-MR

FRESNO County Recorder
Robert C. Werner
DOC- 2005-0242553
Acct 4-Fidelity National Title Company
Thursday, OCT 13, 2005 14:27:27
Ttl Pd $72.00   Nbr-0001984610
                CRR/R3/1-22

[Space Above This Line For Recording Data]

# DEED OF TRUST

MIN 100024200010025936

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated October 5, 2005 together with all Riders to this document.
(B) "Borrower" is Sergio Gomez Ceballos, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

Borrower is the trustor under this Security Instrument.
(C) "Lender" is American Home Mortgage

Lender is a Corporation
organized and existing under the laws of State of New York

DOC #:324541           APPL #:0001002593
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS   Form 3005 1/01

VMP®-6A(CA) (0005).01
Page 1 of 15   UM31 9906.01   Initials: SGC

VMP MORTGAGE FORMS - (800)521-7291