PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    **Case No. 11-71476 WJL**

**SERGIO ENRIQUE GOMEZ,**            **Chapter 13**

         **Debtor.**                    **MOTION TO MODIFY CHAPTER 13 PLAN**

_____/

    The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

    Commencing January 2013, debtor will pay $325.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: Debtor's employer has reduced the amount of hours the debtor works, as such the debtor's income has decreased.

Dated: December 27, 2012

                                         /s/ Patrick L. Forte
                                         PATRICK L. FORTE
                                         Attorney for Debtor