B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

In re: Sergio Enrique Gomez aka Sergio E Gomez  Case No. 11-71476

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association<br>C/O Ocwen Loan Servicing, Llc | American Home Mortgage Servicing, Inc.<br>1525 S. BELTLINE RD SUITE 100N<br>COPPELL, TEXAS 75019 |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee Should be sent:**
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409

Court Claim # (if known): 4-1
Amount of Claim: $ 197078.10
Date Claim Filed: 11/15/2011

Phone: __1-888-554-6599__    Phone: __NA__

Last Four Digits of Acct #: **9735**    Last Four Digits of Acct. #: **7024**

**Name and Address where transferee payments Should be sent (if different from above):**
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
P.O. Box 24781
West Palm Beach, FL 33416-4781

Phone: __1-888-554-6599__
Last Four Digits of Acct #: __9735__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: __4/4/13__
Transferee/Transferee's Agent
Diego Rojas authorized signor as Vice President for Homeward Residential Inc.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

0081

Document drafted by and
RECORDING REQUESTED BY:
Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc.,
a Delaware corporation
1525 S. Belt Line Rd
Coppell, Texas 75019

2732

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

**The trusts identified on the attached Schedule A (the "Trusts"),** by and through **U.S. Bank National Association,** a national banking association organized and existing under the laws of the United States and having an office at 60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107, not in its individual capacity but solely as Trustee ("Trustee"), hereby constitutes and appoints Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc., a Delaware corporation, ("Servicer"), effective date May 29, 2012, and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (5) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of U.S. Bank National Association. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Loans") held by U.S. Bank National Association, as Trustee. These Loans are secured by collateral comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by U.S. Bank National Association, as Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, taking deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) and foreclosing on the properties under the Security Instruments.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend U.S. Bank National Association, as Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend U.S. Bank National Association, as Trustee.

3. Transact business of any kind regarding the Loans, as U.S. Bank National Association, as Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, loan modification agreements, loan assumption agreements, subordination agreements, property adjustment agreements, and other instruments pertaining to mortgages or deeds of trust, bills of sale and execution of deeds and associated instruments, if any, conveying or encumbering the Property, in the interest of U.S. Bank National Association, as Trustee.

5. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

Servicer hereby agrees to indemnify and hold U.S. Bank National Association, as Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the exercise by the Servicer of the powers specifically granted to it under the related servicing agreements. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of U.S. Bank National Association, as Trustee under the related servicing agreements listed on Schedule A, attached.

**Witness** my hand and seal this 15th day of June, 2012.

**NO CORPORATE SEAL**

On Behalf of the Trusts, by
U.S. Bank National Association, as Trustee

Witness: Joseph P. Wagner

By: _____
Charles F. Pedersen, Vice President

Witness: Karen L. Warren

By: _____
Kevin Goldade, Assistant Vice President

Attest: Michael P. Speltz, Trust Officer

### CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 15th day of June, 2012, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Charles F. Pedersen, Kevin Goldade, and Michael P. Speltz, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Assistant Vice President, and Trust Officer, respectively of U.S. Bank National Association, a national banking association, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: _____
Michael E. Boevers

MICHAEL E. BOEVERS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2016

My commission expires: 01/31/2016

Exhibit A

1. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S2
2. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S3
3. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-S4
4. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-S1
5. Structured Asset Investment Loan Trust 2005-3
6. Structured Asset Investment Loan Trust 2005-4
7. J.P. Morgan Mortgage Acquisition Corp. 2005-OPT1
8. STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-S5
9. STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-SC1
10. Structured Asset Securities Corporation Loan Trust Series 2005-GEL4, Mortgage Pass-Through Certificates, Series 2005-GEL4
11. Structured Asset Investment Loan Trust 2005-10
12. Structured Asset Securities Corporation Mortgage Loan Trust 2005-OPT1, Mortgage Pass-Through Certificates, Series 2005-OPT1
13. Structured Asset Investment Loan Trust 2005-11
14. J. P. Morgan Mortgage Acquisition Corp. 2005-OPT2
15. Structured Asset Investment Loan Trust 2006-2
16. Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE3
17. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-GEL2
18. Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE5
19. Structured Asset Investment Loan Trust 2006-BNC3
20. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-GEL3
21. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2
22. Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-HE1
23. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-Z
24. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC6
25. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
26. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-TC1
27. Asset Backed Securities Trust 2007-HE2, Mortgage Pass Through Certificates, Series 2007-HE2
28. Asset-Backed Floating Rate Certificates Series 1998-OPT2
29. SASCO Mortgage Loan Trust Series 2003-GEL1
30. Salomon Brothers Mortgage Securities VII, Inc., Mortgage Pass-Through Certificates, Series 1998-NC7
31. Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-S4
32. Structured Asset Investment Loan Trust 2005-5
33. Structured Asset Investment Loan Trust 2005-6
34. Structured Asset Investment Loan Trust 2005-7
35. Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-AMC1
36. Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-HE2
37. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC11
38. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC9
39. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC8

40. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC7
41. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC6
42. Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC2
43. Zuni Mortgage Loan Trust 2006-OA1
44. Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2008-1
45. CSAB Mortgage Backed Pass Through Certificates, Series 2007-1
46. CSMC Mortgage Backed Pass Through Certificates, Series 2007-4
47. CSMC Mortgage Backed Pass Through Certificates, Series 2007-6
48. CSMC Mortgage Backed Pass Through Certificates, Series 2007-7
49. Merrill Lynch Mortgage Investors Trust, Series 2006-OPT1
50. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-1
51. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-2
52. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-3
53. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-4
54. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-5
55. TBW Mortgage-Backed Pass-Through Certificates, Series 2006-6
56. TBW Mortgage-Backed Pass-Through Certificates, Series 2007-2
57. ACE Securities Corp. Home Equity Loan Trust, Series 2001-AQ1
58. Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2001-2

Exhibit A

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass Through Certificates, Series 2003-BC13

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-2

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-3

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-4

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-6

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC5

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC10

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-8

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-BNC2

U U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-10

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-11

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Morgan Stanley Mortgage Loan Trust 2006-5AR, Mortgage Pass-Through Certificates, Series 2006-5AR

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Morgan Stanley Mortgage Loan Trust 2006-6AR, Mortgage Pass-Through Certificates, Series 2006-6AR

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Morgan Stanley Mortgage Loan Trust 2006-8AR, Mortgage Pass-Through Certificates, Series 2006-8AR

U.S. Bank National Association, successor-in-interest to Bank of America, N.A., successor by merger to LaSalle Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc. Prime Mortgage Trust 2004-CL1, Mortgage Pass-Through Certificates, Series 2004-CL1

U.S. Bank National Association, successor by merger to First Union National Bank, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 1998-2

Exhibit A - 2

Case: 11-71476    Doc# 50    Filed: 04/04/13    Entered: 04/04/13 12:29:27    Page 7 of 9

# Exhibit A

| | | |
|---|---|---|
| P03 | GSR Mortgage Loan Trust 2006-AR1 | US Bank National Association, as Trustee for GSR Mortgage Loan Trust 2006-AR1 |
| P06 | GSAA Home Equity Trust 2006-6 | US Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6 |
| P07 | MASTR Adjustable Rate Mortgage Trust 2006-OA1 | US Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA1 |
| P08 | Bear Stearns Asset Backed Securities I Trust 2006-AC3 | US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3 |
| P11 | GSAA Home Equity Trust 2006-9 | US Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9 |
| P19 | Bear Stearns Asset Backed Securities I Trust 2006-AC4 | US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4 |
| P23 | J.P. Morgan Alternative Loan Trust 2006-A3 | US Bank National Association, as Trustee for J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 |
| P34 | MASTR Adjustable Rate Mortgage Trust 2006-OA2 | US Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2006-OA2 |
| P35 | MASTR Adjustable Rate Mortgage Trust 2007-1 | US Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1 |
| P45 | MASTR Adjustable Rate Mortgage Trust 2007-3 | US Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-3 |
| P64 | Banc of America Funding 2008-1 Trust | US Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2008-1 |

# Exhibit A

| | | |
|---|---|---|
| R79 | American Home Mortgage Investment Trust 2005-4A | US Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4A, Mortgage-Backed Certificates, 2005-4A |
| R80 | American Home Mortgage Investment Trust 2005-4C | US Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4C, Mortgage-Backed Certificates, Series 2005-4C |