

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes the order of the court.
Signed July 31, 2016

Attorneys for Debtor

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                     Case No. 11-71476 WJL

**SERGIO ENRIQUE GOMEZ,**                  Chapter 13

        **Debtor.**                  <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
_____/

    The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on June 20, 2016, and any opposition, if received, having been resolved and good cause appearing therefor;

    **IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

    Debtor shall file a Motion to Value the second lien of Wells Fargo Bank, N.A., as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-OPT1 as successor to Sand Canyon Corporation fka Option One Mortgage Corporation and as serviced by Real Time Resolutions, Inc. and obtain a Court Order voiding their second deed of trust for the real property located at 991 S. 12th Street, Kerman, CA 93630.

    In addition, Debtor does not elect to have the property of the estate described below revest in the Debtor upon confirmation of the

plan. This plan modification pertains solely to the real property located at 991 S. 12th Street, Kerman, CA 93630 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the post-petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'